UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS A. VAZQUEZ,

                Plaintiff,

-against-

LT. LITTLES, CAPTAINS JOHN DOE & JOHN DOE, white males, Cell Force Team at Metropolitan Detention Center,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 5399 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 21 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 17, 2006, dismissing the complaint pursuant to 28 U.S.C. § 1915A(b); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed pursuant to 28 U.S.C. § 1915A(b); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
        November 17, 2006

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court